```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY WILLSON,

                      Petitioner,

    -against-

FEDERAL BUREAU OF PRISONS; FCI OTISVILLE WARDEN E. RICKARD; ATTORNEY GENERAL GARLAND,

                      Respondent.

24-CV-9897 (NSR)

ORDER TO ANSWER, 28 U.S.C. § 2241

NELSON S. ROMÁN, United States District Judge:

    The Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

    The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

    Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the petition. Petitioner may file reply papers, if any, within thirty days from the date Petitioner is served with Respondent's answer. The Clerk of Court is directed to mail a copy of this Order to *pro se* Petitioner at his address as it is listed on ECF and to show service on the docket.

SO ORDERED.

Dated:    January 29, 2025
             White Plains, New York

                                                              NELSON S. ROMÁN
                                                              United States District Judge