UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GREGORY WILLSON,

                          Petitioner,                    **ORDER**

          -against-                            24 Civ. 9897 (NSR) (AEK)

FEDERAL BUREAU OF PRISONS, FCI
OTISVILLE WARDEN E. RICKARD, and
ATTORNEY GENERAL BONDI,[1]

                          Respondents.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      A letter has been filed by Petitioner Gregory Willson, informing the Court that as of April 29, 2025, he is going to be transferred to a halfway house in Newport News, Virginia. *See* ECF No. 13. Respondents are hereby ordered to file a letter **by no later than May 5, 2025**, regarding whether Petitioner's transfer to a halfway house renders his habeas petition moot.

      Petitioner may file a response to Respondents' submission by no later than May 19, 2025.

      The Clerk of Court is hereby directed to mail a copy of this order to the *pro se* Petitioner.

Dated:  April 28, 2025
           White Plains, New York

                                            **SO ORDERED.**

                                            _____
                                            ANDREW E. KRAUSE
                                            United States Magistrate Judge

---

[1] Attorney General Bondi has been substituted as a Respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.