UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GREGORY WILLSON,

                Petitioner,            **ORDER**

    -against-                  24 Civ. 9897 (NSR) (AEK)

FEDERAL BUREAU OF PRISONS, FCI
OTISVILLE WARDEN E. RICKARD, and
ATTORNEY GENERAL BONDI,[1]

                Respondents.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court previously ordered Respondents to file a letter by no later than May 5, 2025, regarding whether Petitioner's transfer to a halfway house renders his habeas petition moot. *See* ECF No. 14. To date, Respondents have not filed their letter. Accordingly, the Court *sua sponte* extends Respondents' time to file their letter to **May 13, 2025**.

      Petitioner may file a response to Respondents' submission by no later than **May 27, 2025**.

      The Clerk of Court is hereby directed to mail a copy of this order to the *pro se* Petitioner.

Dated: May 9, 2025
       White Plains, New York

                                                  **SO ORDERED.**

                                                  ANDREW E. KRAUSE
                                                  United States Magistrate Judge

---

[1] Attorney General Bondi has been substituted as a Respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.