UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GREGORY WILLSON,

                                 Petitioner,                      **ORDER**

        -against-                                   24 Civ. 9897 (NSR) (AEK)

FEDERAL BUREAU OF PRISONS, FCI
OTISVILLE WARDEN E. RICKARD, and
ATTORNEY GENERAL BONDI,[1]

                               Respondents.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      On June 9, 2025, the Court granted Petitioner's request for an extension of time and gave him until July 10, 2025, to serve and file his response regarding whether his transfer to a halfway house renders his habeas petition moot. ECF No. 21. In accordance with the memo endorsed order, the Clerk of Court mailed a copy of the memo endorsement to Petitioner, and Chambers staff emailed Petitioner a copy of it. *Id.* To date, Petitioner has neither filed his response nor contacted the Court requesting an extension of time in which to do so. Accordingly, the Court *sua sponte* grants Petitioner one further extension of time, until **August 7, 2025**, to serve and file his response.

---

[1] Attorney General Bondi has been substituted as a Respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Petitioner. Chambers staff will send a copy of this order to Petitioner via email.

Dated: July 18, 2025
      White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge